UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>           Plaintiff,<br><br>      v.<br><br>AUDREY KING, et al.,<br><br>           Defendants. | 1:15-cv-00118-GSA (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

   Plaintiff is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

   On January 23, 2015, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the application to proceed in forma pauperis was submitted on the form for a prisoner. Plaintiff shall be allowed time to submit an application on the appropriate form for a non-prisoner.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

1

2. Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 5, 2015**              /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE