UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | 1:15-cv-00118-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER |
| vs. | |
| AUDREY KING, et al., | (Doc. 5.) |
| Defendants. | THIRTY DAY DEADLINE FOR PLAINTIFF TO RESPOND |

**I.      BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff has consented to the jurisdiction of a Magistrate Judge under 28 U.S.C. § 636(c). (Doc. 4.)

Plaintiff filed the Complaint commencing this action on January 23, 2015, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, Plaintiff's application was not submitted on the form appropriate for a non-prisoner. (Doc. 1.) On February 5, 2015, the court issued an order requiring Plaintiff to complete and return an application on the appropriate form within thirty days. (Doc. 5.) The thirty day

deadline has passed, and Plaintiff has not submitted the required application or otherwise responded to the court's order.

The court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on the plaintiff's failure to comply with a court order.  Local Rule 110.

**II.     ORDER TO SHOW CAUSE**

Plaintiff is required to show cause why this case should not be dismissed for Plaintiff's failure to comply with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of February 5, 2015; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:     **March 19, 2015**              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE