UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff,<br><br>    vs.<br><br>AUDREY KING, et al.,<br><br>            Defendants. | 1:15-cv-00118-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 6.)<br><br>ORDER DIRECTING CLERK TO RE-SERVE THE COURT'S FEBRUARY 5, 2015 ORDER UPON PLAINTIFF<br>(Doc. 5.)<br><br>THIRTY-DAY DEADLINE FOR PLAINTIFF TO SUBMIT NON-PRISONER IFP APPLICATION |

      Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff has consented to the jurisdiction of a Magistrate Judge under 28 U.S.C. § 636(c). (Doc. 4.)

      On March 19, 2015, the court issued an order to show cause, requiring Plaintiff to notify the court within thirty days why this case should not be dismissed for Plaintiff's failure to comply with the court's February 5, 2015 order requiring him to submit a non-prisoner application to proceed in forma pauperis. (Doc. 6.) On March 27, 2015, Plaintiff filed a

response to the court's order, asserting that he did not receive the court's February 5, 2015 order. (Doc. 7.)

Based on Plaintiff's assertion, the court shall re-serve the February 5, 2015 order upon Plaintiff, affording Plaintiff another opportunity to submit the non-prisoner application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order to show cause, issued on March 19, 2015, is discharged;
2. The Clerk is directed to re-serve the court's February 5, 2015 order upon Plaintiff, together with a non-prisoner application to proceed in forma pauperis;
3. Within thirty days from the date of service of this order, Plaintiff shall complete and submit the non-prisoner application to proceed in forma pauperis to the court; and
4. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **May 16, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE